RAY K. SHAHANI, ESQ.
ATTORNEY AT LAW
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, CA 94402-1858
Tel:    (650) 348-1444
Fax:   (650) 348-8655
Email: RKS@ATTYCUBED.COM

Attorney for Plaintiff
GUERNEVILLE BUSINESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUERNEVILLE BUSINESS CORPORATION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT L. BOASBERG, an Individual; SCOTT J. MANDELL, an Individual; ARTHUR O. FONDEN, an Individual; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; and DOES 1-10<br><br>Defendants. | Case No:   C 11-04913 JSW<br><br>SECOND MOTION ON CONSENT TO EXTEND DEADLINE AND [PROPOSED] ORDER |

SECOND MOTION ON CONSENT TO EXTEND DEADLINE

Plaintiff GUERNEVILLE BUSINESS CORPORATION, INC., by and through its counsel, hereby moves for an order extending time by fourteen (14) days from the extended deadline of December 28, 2011 or until January 11, 2012 for Defendant CLARENDON AMERICA INSURANCE COMPANY to file and serve Plaintiff with an answer to the complaint or other responsive pleading. The reason for this extension is that more time is needed for the parties to explore settlement as well as meet and confer regarding the filing of a responsive pleading or potential amended complaint, or potential Motion to Dismiss. Moreover, Plaintiff's attorney Ray K. Shahani fell violently ill while traveling to a foreign country between

1  Dec. 7-19, 2011, which makes him unavailable to discuss with CLARENDON on those issues.
2  CLARENDON agrees to file an answer to the complaint or other responsive pleading by January
3  11, 2012.

                                      RAY K. SHAHANI
                                      ATTORNEY AT LAW

Dated: December 20, 2011       By:    /s/ Ray K. Shahani
                                      Ray K. Shahani, Esq.
                                      Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED the motion is GRANTED. Defendant CLARENDON AMERICA INSURANCE COMPANY shall have additional fourteen (14) days from extended deadline of December 28, 2011, or until January 11, 2011, to file an answer to the complaint or other responsive pleading.

IT IS SO ORDERED.

Dated: December 21, 2011

_____
United States District Judge
Hon. Jeffrey S. White

///

Second Motion On Consent To Extend Deadline and [Proposed] Order
GBC v. Boasberg et al.

Page 3 of 3
2ndMotionExtTime 121311-1.wpd