1 **ORDER**

2     IT IS HEREBY ORDERED the motion is GRANTED. Specifically:

3     1. Defendant Clarendon by and through their attorney John Campo will produce to

4 Plaintiff GBC by and through their attorney Ray Shahani legible, complete and unredacted copies

5 of, and not assert any claim of confidentiality or privilege which would prevent production of,

6 the following documents by not later than 30 days from date of this Order:

7         i. Copy of Scott Mandell deposition transcript, to the extent it exists.

8         ii. Copy of fully executed settlement agreement.

9         iii. Copy of front and back of fully executed settlement check.

10     2. GBC shall dismiss causes of action 1-4 and 7-9, reserving the right to re-assert said

11 causes of action in an amended complaint if testimony or evidence obtained during discovery

12 supports the allegations or for any other allowable reason or otherwise in the event of breach of

13 paragraph 1 above.

14     IT IS SO ORDERED.

19 Dated: January 4, 2012

                                  _____
20                             United States District Judge
                            Hon. Jeffrey S. White

22 ///