| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED the motion is GRANTED. Specifically: |
| 3 | 1.   Defendant Clarendon by and through their attorney John Campo will produce to |
| 4 | Plaintiff GBC by and through their attorney Ray Shahani legible, complete and unredacted copies |
| 5 | of, and not assert any claim of confidentiality or privilege which would prevent production of, |
| 6 | the following documents by not later than 30 days from date of this Order: |
| 7 | i.   Copy of Scott Mandell deposition transcript, to the extent it exists. |
| 8 | ii.   Copy of fully executed settlement agreement. |
| 9 | iii.   Copy of front and back of fully executed settlement check. |
| 10 | 2.   GBC shall dismiss causes of action 1-4 and 7-9, reserving the right to re-assert said |
| 11 | causes of action in an amended complaint if testimony or evidence obtained during discovery |
| 12 | supports the allegations or for any other allowable reason or otherwise in the event of breach of |
| 13 | paragraph 1 above. |
| 14 | IT IS SO ORDERED. |
| 19 | Dated:   January 4, 2012 |
| 20 | _____<br>United States District Judge<br>Hon. Jeffrey S. White |
| 22 | /// |

Motion On Consent To Dismiss Causes of Action Against Clarendon
GBC v. Boasberg et al.

Page 3 of 3
Motion Dismiss Clarendon Causes 010312-4.wpd