IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUERNEVILLE BUSINESS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>ALBERT J. BOASBERG, SCOTT J. MANDELL, ARTHUR O. FONDEN, CLARENDON AMERICA INSURANCE CO., and DOES 1-10,<br><br>    Defendants.<br>                                           / | No. C 11-04913 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Guerneville Business Corp. v. Clarendon America Insurance Co.,* C09-00746 MMC.

**IT IS SO ORDERED.**

Dated: February 21, 2012

                                                    JEFFREY S. WHITE<br>                                                   UNITED STATES DISTRICT JUDGE

cc: Judge Chesney