| | |
|---|---|
| 1 | RAY K. SHAHANI, ESQ. |
| | ATTORNEY AT LAW |
| 2 | Twin Oaks Office Plaza |
| | 477 Ninth Avenue, Suite 112 |
| 3 | San Mateo, CA 94402-1858 |
| | Tel:   (650) 348-1444 |
| 4 | Fax:   (650) 348-8655 |
| | Email: RKS@attycubed.com |
| 5 | |
| | Attorney for Plaintiff and Counterdefendant GUERNEVILLE BUSINESS CORPORATION |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 9 | GUERNEVILLE BUSINESS CORPORATION, INC., a California corporation, | | Case No:   C 11-04913 MMC ENE |
| 10 | | | Honorable Maxine M. Chesney |
| 11 | Plaintiff, | | |
| | | | ENE Evaluator:   Robert C. Goodman |
| 12 | vs. | | |
| 13 | ALBERT L. BOASBERG, an Individual; | | CONSENT MOTION TO EXTEND ADR |
| | SCOTT J. MANDELL, an Individual; | | DEADLINES AND [PROPOSED] ORDER |
| 14 | ARTHUR O. FONDEN, an Individual; | | |
| | CLARENDON AMERICA INSURANCE | | |
| 15 | COMPANY, a New Jersey corporation; and DOES 1-10 | | |
| 16 | | | |
| | Defendants. | | |
| 17 | | | |
| 18 | CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation, | | |
| 19 | Counterclaimant, | | |
| 20 | GUERNEVILLE BUSINESS CORPORATION, INC., a California corporation, | | |
| 21 | | | |
| 22 | Counterdefendant. | | |

CONSENT MOTION TO EXTEND DEADLINES

Plaintiff and Counterdefendant, GUERNEVILLE BUSINESS CORPORATION, INC. (hereafter "GBC"), by and through its counsel, hereby moves for an order on consent of all other

1  parties to this litigation extending all ADR ENE program deadlines until all defendants in this
2  matter have filed Answers.
3      Currently, there is (1) Plaintiff's Motion for Leave to File First Amended Complaint and
4  (2) Plaintiff's [Combined] Motion for Relief from Dismissal under FRCP 60 and for
5  Consolidation under FRCP 42(a). Hearing on both of said motions is scheduled on May 18,
6  2012.
7      GBC has secured consent of all appeared parties, via each of their counsel, to extend the
8  ADR deadline as per requested. Said consent was secured during the ADR Telephone
9  Conference held April 4, 2012, all parties being represented, as per recommendation of ADR
10 Program Staff Attorney Robin Siefkin, Esq.
11     Respectfully submitted,

12     RAY K. SHAHANI
    ATTORNEY AT LAW
13
  Dated:   April 25, 2012      By:      /s/ Ray K. Shahani
14     Ray K. Shahani, Esq.
    **Attorney for GBC**
15

16 ///
17 ///
18
19
20
21
22
23
24
25
26
27
28

1 ORDER

2 FOR GOOD CAUSE SHOWN:

3 IT IS HEREBY ORDERED that Consent Motion to Extend ADR Deadlines is hereby granted. ~~All ADR ENE Program related deadlines are extended for _____ days or until 90 days after all defendants have filed an Answer.~~ The deadline to complete the Early Neutral Evaluation is extended to August 3, 2012.

Dated: April 27, 2012

*Maxine M. Chesney*
United States District Judge
Honorable Maxine M. Chesney