RAY K. SHAHANI, ESQ.
ATTORNEY AT LAW
Twin Oaks Office Plaza
477 Ninth Avenue, Suite 112
San Mateo, CA 94402-1858
Tel:   (650) 348-1444
Fax:   (650) 348-8655
Email: RKS@attycubed.com

Attorney for Plaintiff and Counterdefendant GUERNEVILLE BUSINESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUERNEVILLE BUSINESS CORPORATION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT L. BOASBERG, an Individual; SCOTT J. MANDELL, an Individual; ARTHUR O. FONDEN, an Individual; CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation; and DOES 1-10<br><br>Defendants.<br><br>CLARENDON AMERICA INSURANCE COMPANY, a New Jersey corporation,<br><br>Counterclaimant,<br><br>GUERNEVILLE BUSINESS CORPORATION, INC., a California corporation,<br><br>Counterdefendant. | Case No:   C 11-04913 MMC ENE<br><br>Honorable Maxine M. Chesney<br><br>ENE Evaluator:   Robert C. Goodman<br><br>CONSENT MOTION TO EXTEND ADR DEADLINES AND [PROPOSED] ORDER |

CONSENT MOTION TO EXTEND DEADLINES

Plaintiff and Counterdefendant, GUERNEVILLE BUSINESS CORPORATION, INC. (hereafter "GBC"), by and through its counsel, hereby moves for an order on consent of all other

1 parties to this litigation extending all ADR ENE program deadlines until all defendants in this
2 matter have filed Answers.
3    Currently, there is (1) Plaintiff's Motion for Leave to File First Amended Complaint and
4 (2) Plaintiff's [Combined] Motion for Relief from Dismissal under FRCP 60 and for
5 Consolidation under FRCP 42(a). Hearing on both of said motions is scheduled on May 18,
6 2012.
7    GBC has secured consent of all appeared parties, via each of their counsel, to extend the
8 ADR deadline as per requested. Said consent was secured during the ADR Telephone
9 Conference held April 4, 2012, all parties being represented, as per recommendation of ADR
10 Program Staff Attorney Robin Siefkin, Esq.
11    Respectfully submitted,

                                            RAY K. SHAHANI
                                            ATTORNEY AT LAW

Dated:   April 25, 2012        By:      /s/ Ray K. Shahani
                                        Ray K. Shahani, Esq.
                                        **Attorney for GBC**

16 ///
17 ///

1         ORDER

2    FOR GOOD CAUSE SHOWN:

3    IT IS HEREBY ORDERED that Consent Motion to Extend ADR Deadlines is hereby

4    granted. ~~All ADR ENE Program related deadlines are extended for _____ days or until 90 days~~

5    ~~after all defendants have filed an Answer.~~   The deadline to complete the Early Neutral Evaluation is extended to August 3, 2012.

11   Dated:  April 27, 2012

         *[signature]*
         United States District Judge
         Honorable Maxine M. Chesney