IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUERNEVILLE BUSINESS CORPORATION,

        Plaintiff,

  v.

ALBERT L. BOASBERG, et al.,

        Defendants.
                                     /

No. CV- 11-4913 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. GBC's motion for leave to file its proposed First Amended Complaint is hereby DENIED; and

    2. Clarendon's counterclaim is hereby DISMISSED without prejudice.


Dated: May 9, 2012                                             Richard W. Wieking, Clerk

                                                                   *Tracy Lucero*

                                                                     By: Tracy Lucero
                                                                     Deputy Clerk